IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 21-cr-00133-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACOB NEWMAN,

    Defendant.

---

### ORDER DENYING DEFENDANT'S MOTION FOR
### SENTENCE REDUCTION UNDER 18 U.S.C. § 1382(c)(1)(A)

---

This matter is before the Court on Defendant Jacob Newman's Motion for Sentence Reduction Under 18 U.S.C. § 1382(c)(1)(A) (Compassionate Release) (Doc. # 42). The Government filed a Response (Doc. # 52) opposing Mr. Newman's Motion on the basis that Mr. Newman failed to exhaust his administrative remedies.

Under 18 U.S.C. § 3582(c)(1)(A), the Court may not consider a defendant's motion to modify his sentence unless and until "the defendant has fully exhausted all administrative rights." Generally speaking, this means a defendant must petition the warden of his place of incarceration before seeking relief in this Court. *Id*. In Mr. Newman's Motion, he wrote "N/A" in the section titled "Exhaustion of Administrative Remedies." (Doc. # 42 at 2.) Mr. Newman checked the box labelled, "No, I did not submit a request for compassionate release to the warden." (*Id.* at 3.) To explain why he

did not submit a request, he wrote, "I was not available to do so, I was at the halfway house at [sic] 25% of my time and not at the prison to do so." (*Id.*) Mr. Newman does not explain why being at the halfway house part time prevented him from submitting a request to the warden at his BOP facility, nor does he allege that any BOP official has precluded his ability to avail himself of his administrative remedies.

Mr. Newman concedes he has not exhausted his administrative remedies. Therefore, pursuant to 18 U.S.C. § 3582(c)(1)(A), the Court is without jurisdiction to consider his Motion, and the Motion must be denied.

Accordingly, Mr. Newman's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. # 42) is DENIED.

DATED: August 1, 2022

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
Senior United States District Judge